**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:19-22978-CIV-MORENO**

ANTONIO RODRIGUEZ,

    Plaintiff,

vs.

RANSOM EVERGLADES SCHOOL, INC
a Florida Not For Profit Corporation,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** Plaintiff, ANTONIO RODRIGUEZ and Defendant, RANSOM EVERGLADES SCHOOL, INC. by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims by Plaintiff against Defendant, with all parties to bear their own fees and costs. Plaintiff acknowledges that Defendant denies any wrongdoing or liability with respect to the claims asserted by Plaintiff in this action. A proposed Order of Dismissal with Prejudice is attached hereto as Exhibit "A".

**[ATTORNEYS' SIGNATURES APPEAR ON THE NEXT PAGE.]**

Dated: December 17, 2019                                     Respectfully submitted,
      Miami, Florida

| | |
|---|---|
| REMER & GEORGES-PIERRE, PLLC | STEARNS WEAVER MILLER WEISSLER |
| 44 West Flagler Street |  ALHADEFF & SITTERSON, P.A. |
| Suite 2200 | 150 West Flagler Street |
| Miami, Florida 33130 | Museum Tower, Suite 2200 |
| Telephone: (305) 416-5000 | Miami, Florida 33130 |
| Facsimile: (305) 416-5005 | Telephone: (305) 789-3200 |
| | Facsimile: (305) 789-3395 |
| | |
| *s /Peter H. Hoogerwoerd* | By: *s/Ingrid H. Ponce* |
| Peter H. Hoogerwoerd, Esq. | INGRID H. PONCE, ESQ. |
| Florida Bar No.: 0188239 | Florida Bar No.: 166774 |
| Email: pmh@rgpattorneys.com | E-mail: iponce@stearnsweaver.com |
| Nathaly Saavedra, Esq. | JOANNE M. HEFT, ESQ. |
| Florida Bar No.: 118315 | Florida Bar No.: 1003923 |
| E-mail: ns@rgpattorneys.com | E-mail: jheft@stearnsweaver.com |
| Erin L. Haney, Esq. | PAUL CRUCET, ESQ. |
| Florida Bar No.: 1015865 | Florida Bar No.: 122169 |
| E-mail: eh@rgpattorneys.com | E-mail: pcrucet@stearnsweaver.com |
| | |
| *Attorneys for Plaintiff, ANTONIO RODRIGUEZ* | *Attorneys for Defendant RANSOM EVERGLADES SCHOOL* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of December, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served electronic mail via the E-Portal System to: Peter M. Hoogerwoerd, Esquire, (pmb@rgpattorneys.com) Nathaly Saavedra, Esquire, (ns@rgpattorneys.com) and Erin L. Haney, Esquire, (eh@rgpattorneys.com) Remer & Georges-Pierre, PLLC, 44 West Flagler Street, Suite 2200, Miami, Florida 33130.

*/s/ Ingrid H. Ponce*
Ingrid H. Ponce

#8032940 v1